CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA DIAZ, a minor, and ANGELINA DIAZ, a minor, by and through their Guardian ad Litem, ARMIDA DIAZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNITED STATES POSTAL SERVICE, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-2511 FCD JFM<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF PLAINTIFF SABRINA DIAZ; CONSENT OF NOMINEE; ORDER** |

Petitioner, ARMIDA DIAZ, respectfully submits as follows:

1. SABRINA DIAZ is a minor of the age of twelve (12) years and was born July 18, 1997;

2. SABRINA DIAZ is about to commence an action in this court against the UNITED STATES OF AMERICA and the UNITED STATES POSTAL SERVICE for personal injuries arising out of a motor vehicle collision on November 20, 2006;

3. SABRINA DIAZ has no general guardian and no previous petition for appointment of a Guardian ad Litem has been filed in this matter;

///

-1-

4. Petitioner's address is 2682 Teal Drive, West Sacramento, CA 95691 and is a competent and responsible person, and fully competent to act as Guardian ad Litem;

5. Said ARMIDA DIAZ is willing to act as Guardian ad Litem for SABRINA DIAZ, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing ARMIDA DIAZ as Guardian ad Litem of SABRINA DIAZ, a minor, for the purpose of bringing action against UNITED STATES OF AMERICA and the UNITED STATES POSTAL SERVICE on the claim herein above stated.

DATED: September ___, 2009         ____/S/_____
                                   CHRISTOPHER W. WOOD
                                   Attorney for Petitioner

### CONSENT OF NOMINEE

I, ARMIDA DIAZ, hereby consent to act as Guardian ad Litem for the minor, SABRINA DIAZ, in the above action.

DATED: September ___, 2009         ____/S/_____
                                   ARMIDA DIAZ

### ORDER

The petition for an order appointing ARMIDA DIAZ as guardian ad litem for the minor, SABRINA DIAZ, is GRANTED.

IT IS SO ORDERED.

DATED: September 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE