1   CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
    **DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP**
2   20 Bicentennial Circle
    Sacramento, CA 95826
3   Telephone:  (916) 379-3500
    Facsimile:  (916) 379-3599
4

5   Attorneys for Plaintiffs

6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  SABRINA DIAZ, a minor, and              Case No.: 2:09-cv-2511 FCD JFM
    ANGELINA DIAZ, a minor, by and
12  through their Guardian ad Litem,        **PETITION FOR APPOINTMENT OF**
    ARMIDA DIAZ,                            **GUARDIAN AD LITEM OF PLAINTIFF**
13                                          **ANGELINA DIAZ; CONSENT OF**
            Plaintiffs,                     **NOMINEE; ORDER**
14
            v.
15
    UNITED STATES OF AMERICA; and
16  UNITED STATES POSTAL SERVICE,
    inclusive,
17
            Defendants.
18

19  _____

20          Petitioner, ARMIDA DIAZ, respectfully submits as follows:

21          1.      ANGELINA DIAZ is a minor of the age of thirteen (13) years and was

22  born October 31, 1995;

23          2.      ANGELINA DIAZ is about to commence an action in this court

24  against the UNITED STATES OF AMERICA and the UNITED STATES POSTAL SERVICE

25  for personal injuries arising out of a motor vehicle collision on November 20,

26  2006;

27          3.      ANGELINA DIAZ has no general guardian and no previous petition

28  for appointment of a Guardian ad Litem has been filed in this matter;

///

4.    Petitioner's address is 2682 Teal Drive, West Sacramento, CA 95691 and is a competent and responsible person, and fully competent to act as Guardian ad Litem;

5.    Said ARMIDA DIAZ is willing to act as Guardian ad Litem for ANGELINA DIAZ, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing ARMIDA DIAZ as Guardian ad Litem of ANGELINA DIAZ, a minor, for the purpose of bringing action against UNITED STATES OF AMERICA and the UNITED STATES POSTAL SERVICE on the claim herein above stated.


DATED: September ___, 2009               /S/_____
                                         CHRISTOPHER W. WOOD
                                         Attorney for Petitioner


**CONSENT OF NOMINEE**


I, ARMIDA DIAZ, hereby consent to act as Guardian ad Litem for the minor, ANGELINA DIAZ, in the above action.


DATED: September ___, 2009               __/S/_____
                                         ARMIDA DIAZ


**ORDER**

The petition for an order appointing ARMIDA DIAZ as guardian ad litem for the minor, ANGELINA DIAZ, is GRANTED.

IT IS SO ORDERED.

DATED: September 14, 2009

                                         _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE