BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA DIAZ, a minor, and ANGELINA DIAZ, a minor, by and through their Guardian ad Litem, ARMIDA DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and UNITED STATES POSTAL SERVICE, inclusive,<br><br>Defendants. | Case No.  2:09-cv-02511-FCD-JFM<br><br>NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION FOR 5 DAYS NOTICE FOR HEARING ON MINOR'S COMPROMISE AND TO FILE DISPOSITIONAL DOCUMENTS IN 45 DAYS; **ORDER** |

NOTICE IS HEREBY GIVEN that the parties have agreed to settle the above-entitled action for payment of $8,000 to each minor Plaintiff and conditioned on this court's approval of a petition for minor's compromise, which petition is expected to be filed within a week and set on this court's June 18th calendar.  The parties hereby stipulate to having the minor's petition heard on only 5 days notice if this Court approves and has room on it's calendar for a date before June 18th.

The parties stipulate that the Settlement Agreement, Releases and Stipulation for Dismissal can be filed within 45 days of the date of this notice.  Good cause exists to extend the deadline, set forth in Local Rule 160, for filing the dispositional documents because it is conditioned on the court's approval of the minor's compromise.

1  IT IS SO STIPULATED

3  DATED: May 15, 2010                    DRYER BABICH BUCCOLA CALLAHAM & WOOD

                        By:    */s/ Christopher Wood*
                               CHRISTOPHER WOOD
                               Attorney for Plaintiffs

6  DATED: May 17, 2010                    BENJAMIN B. WAGNER
                                          United States Attorney

                        By:    */s/ Kelli L. Taylor*
                               KELLI L. TAYLOR
                               Assistant U.S. Attorney
                               Attorneys for the United States

## ORDER

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, this Court hereby grants the request to allow the petition for minor's compromise to be heard on 5 days notice and to allow the parties 45 days, if needed, to file the final settlement agreement and dispositional documents.

IT IS SO ORDERED.

Date: May 17, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2