1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2741
   Facsimile: (916) 554-2900
5

6  Attorneys for United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9             IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| SABRINA DIAZ, a minor, and ANGELINA DIAZ, a minor, by and through their Guardian ad Litem, ARMIDA DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and UNITED STATES POSTAL SERVICE, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02511-FCD-JFM<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE FINAL DISPOSITIONAL DOCUMENTS UNTIL AUGUST 10, 2010 |
|---|---|

    On May 17, 2010, the parties filed a notice of settlement conditioned on the court's approval of a petition for minor's compromise. (Court Docket ("CD") #16.) This Court agreed to allow the petition for minor's compromise to be heard on shortened time and for the parties to have until July 2, 2010 to file the final dispositional documents. (CD #17). Following that settlement, Plaintiffs discovered the existence of a MediCal lien and have been attempting to get information on that lien and negotiate it prior to the filing of the petition for Minor's Compromise. Plaintiffs have been unable to complete that task and thus request a further sixty day extension of time to have the petition for minor's compromise heard and the final dispositional documents filed. Defendants hereby stipulate to that request.

IT IS SO STIPULATED:

DATED: July 2, 2010          DRYER BABICH BUCCOLA CALLAHAM & WOOD

By:   */s/ Christopher Wood*
      CHRISTOPHER WOOD
      Attorney for Plaintiffs

DATED: July 2, 2010          BENJAMIN B. WAGNER
                             United States Attorney

By:   */s/ Kelli L. Taylor*
      KELLI L. TAYLOR
      Assistant U.S. Attorney
      Attorneys for the United States

**ORDER**

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, this Court hereby extends the time to hear the petition for minor's compromise and orders that the final dispositional documents are now due on or before August 10, 2010.

IT IS SO ORDERED.

Date: July 6, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2