1  CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
   **DREYER BABICH BUCCOLA WOOD, LLP**
2  20 Bicentennial Circle
   Sacramento, CA 95826
3  Telephone:  (916) 379-3500
   Facsimile:  (916) 379-3599
4

5  Attorneys for Plaintiffs

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 SABRINA DIAZ, a minor, and              Case No.: 2:09-cv-02511-FCD-JFM
   ANGELINA DIAZ, a minor, by and
12 through their Guardian ad Litem,         **STIPULATION AND ORDER TO**
   ARMIDA DIAZ,                            **EXTEND TIME TO FILE FINAL**
13                                         **DISPOSITIONAL DOCUMENTS**
          Plaintiffs,                      **UNTIL OCTOBER 10, 2010**
14
          v.
15
16 UNITED STATES OF AMERICA; and
   UNITED STATES POSTAL SERVICE,
17 inclusive,

18        Defendants.

19 _____

20        On May 17, 2010, the parties filed a Notice of Settlement conditioned on the Court's

21 approval of a Petition for Minors' Compromise.  Following settlement, Plaintiffs discovered

22 the existence of a Medi-Cal lien for each minor.  Since then, Plaintiffs have been attempting

23 to obtain information on these liens in order to get them negotiated prior to filing the

24 Petition for Minors' Compromise.

25        The lien process with Medi-Cal is extremely slow and due to the delays caused by

26 this process, Plaintiffs have been unable to obtain a final lien amount from Medi-Cal.

27 Recently, Plaintiffs received a request for additional information from Medi-Cal and have

28 since provided the requested information.  Therefore, Plaintiffs hereby request a further

                                        -1-
**Stipulation and Order to Extend Time to**
**File Final Dispositional Documents**

extension of 60 days to have the Petition for Minors' Compromise heard and the final dispositional documents filed.    Plaintiffs have been diligent in their attempts to negotiate these liens with Medi-Cal and as such, Defendants hereby stipulate to this request.

IT IS SO STIPULATED.

DATED: August 10, 2010          **DREYER BABICH BUCCOLA WOOD, LLP**


By: /s/ Christopher W. Wood
           CHRISTOPHER W. WOOD, ESQ.
           Attorney for Plaintiffs


DATED:  August 10, 2010         **BENJAMIN B. WAGNER**
                                United State Attorney


By: /s/ Kelli L. Taylor
           KELLI L. TAYLOR, ESQ.
           Assistant U.S. Attorney


### ORDER

Based on the parties' stipulation and good cause appearing, this Court hereby extends the time to hear the Petition for Minors' Compromise and orders that the final dispositional documents are now due on or before October 10, 2010.


DATED: August 10, 2010

_____
           FRANK C. DAMRELL, JR.
           UNITED STATES DISTRICT JUDGE

-2-

**Stipulation and Order to Extend Time to
File Final Dispositional Documents**