CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA DIAZ, a minor, and ANGELINA DIAZ, a minor, by and through their Guardian ad Litem, ARMIDA DIAZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNITED STATES POSTAL SERVICE, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-02511-FCD-JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE FINAL DISPOSITIONAL DOCUMENTS UNTIL NOVEMBER 10, 2010** |

On May 17, 2010, the parties filed a Notice of Settlement conditioned on the Court's approval of a Petition for Minors' Compromise.  Following settlement, Plaintiffs discovered the existence of a Medi-Cal lien for each minor.  Since then, Plaintiffs have been attempting to obtain information on these liens in order to get them negotiated prior to filing the Petition for Minors' Compromise.  Plaintiffs have finally heard from Medi-Cal and it has been confirmed that there will be no lien asserted by Medi-Cal.  Plaintiffs' received this confirmation on October 4, 2010.

The lien process with Medi-Cal has been extremely slow.  Due to the delays caused by this process, Plaintiffs have been unable to complete the Petitions to Approve the

Minors' Claims.  Now that Medi-Cal has confirmed they will not be asserting liens in this matter, Plaintiffs can move forward with the Petitions.  Plaintiffs will make arrangements to have the settlement funds invested in a single premium deferred annuity.  Once those arrangements are made, Plaintiffs will be able to get the Petitions on file with the Court.  Therefore, Plaintiffs hereby request a further extension of 30 days to have the Petition for Minors' Compromise heard and the final dispositional documents filed.   Plaintiffs have been diligent in their attempts to negotiate these liens with Medi-Cal and as such, Defendants hereby stipulate to this request.

IT IS SO STIPULATED.

DATED: October 8, 2010         **DREYER BABICH BUCCOLA WOOD, LLP**


By: /s/ Christopher W. Wood
    CHRISTOPHER W. WOOD, ESQ.
    Attorney for Plaintiffs


DATED: October 8, 2010         **BENJAMIN B. WAGNER**
                               United State Attorney


By: /s/ Kelli L. Taylor
    KELLI L. TAYLOR, ESQ.
    Assistant U.S. Attorney


**ORDER**

Based on the parties' stipulation and good cause appearing, this Court hereby extends the time to hear the Petition for Minors' Compromise and orders that the final dispositional documents are now due on or before November 10, 2010.

DATED: October 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-

**Stipulation and Order to Extend Time to
File Final Dispositional Documents**