CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA DIAZ, a minor, and ANGELINA DIAZ, a minor, by and through their Guardian ad Litem, ARMIDA DIAZ,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA; and UNITED STATES POSTAL SERVICE, inclusive,<br><br>　　　Defendants. | Case No.: 2:09-cv-02511-FCD-JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME WITH RESPECT TO MINORS' COMPROMISE PETITIONS** |

On May 17, 2010, the parties filed a Notice of Settlement conditioned on the Court's approval of a Petition for Minors' Compromise. Following settlement, Plaintiffs discovered the existence of a Medi-Cal lien for each minor. Since then, Plaintiffs have been attempting to obtain information on these liens in order to get them negotiated prior to filing the Petition for Minors' Compromise. On October 4, 2010, Plaintiffs finally heard from Medi-Cal and it had been confirmed that there would be no liens asserted by Medi-Cal. Shortly thereafter, Plaintiffs received communication from Medi-Cal that Medi-Cal would in fact be asserting liens. Those liens were finalized on November 2, 2010.

///

In addition to the issues with the Medi-Cal liens, counsel for Plaintiffs briefly lost contact with the guardian *ad litem* for the minor Plaintiffs, Armida Diaz. Contact with the guardian has now been restored and Plaintiff's will have the Petitions signed and on file with the Court by Friday, November 12, 2010.

Due to the delays caused by lien process with Medi-Cal and counsel's brief loss of contact with the guardian *ad litem*, Plaintiffs have been unable to complete the Petitions to Approve the Minors' Claims until this time. Now that Medi-Cal has confirmed the amount of the liens they will be asserting in this matter and contact has been restored with the guardian *ad litem*, Plaintiffs can move forward with filing the Petitions. Therefore, Plaintiffs hereby request a further extension of 65 days to have the Petition for Minors' Compromise heard on January 14, 2010 at 10:00 a.m. Defendants hereby stipulate to this request.

IT IS SO STIPULATED.

DATED: August 10, 2010        **DREYER BABICH BUCCOLA WOOD, LLP**

By: /s/ *Christopher W. Wood*
    CHRISTOPHER W. WOOD, ESQ.
    Attorney for Plaintiffs

DATED: August 10, 2010        **BENJAMIN B. WAGNER**
United State Attorney

By: /s/ *Kelli L. Taylor*
    KELLI L. TAYLOR, ESQ.
    Assistant U.S. Attorney

**Stipulation and Order to Extend Time with
Respect to Minors' Compromise Petitions**

## ORDER

Based on the parties' stipulation and good cause appearing, this Court hereby extends the time to hear the Petition for Minors' Compromise to January 14, 2011 at 10:00 a.m. and orders that the final dispositional documents are now due on or before November 12, 2010.

DATED: November 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE