IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA DIAZ, a minor, and ANGELINA DIAZ, a minor, by and through their Guardian ad Litem, ARMIDA DIAZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA; and UNITED STATES POSTAL SERVICE, inclusive,<br><br>    Defendants. | Case No.: 2:09-cv-02511-FCD-JFM<br><br>**ORDER ON PETITIONS TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSTIION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY** |

    Good cause appearing, the following IS HEREBY ORDERED with respect to the Petitions for Minors' Compromises:

**SABRINA DIAZ, a minor:**

    (1)    The gross settlement amount is $8,000.00;

    (2)    Total medical expenses to be paid amount to $580.18 (payment of $293.75 to Allstate Insurance Company and payment of $286.43 to the Department of Healthcare Services.);

    (3)    Total attorney fees amount to $1,832.68;

    (4)    Total costs amount to $669.29; and

    (5)    Net settlement amount is $4,917.85.

    (6)    The settlement for Plaintiff Sabrina Diaz will be paid via a check in the

amount of $8,000 made payable to Dreyer Babich Buccola Wood, LLP and Armida Diaz as Guardian ad Litem for Sabrina Diaz.  Plaintiff's counsel will be responsible for issuing payment to the medical providers as outlined in #2 above.  The net settlement amount of $4,917.85 will be wired into a blocked account within 30 days.

### **ANGELINA DIAZ, a minor:**

(7) The gross settlement amount is $8,000.00;

(8) Total medical expenses to be paid amount to $870.37 (payment of $293.75 to Allstate Insurance Company and payment of $576.62 to the Department of Healthcare Services.);

(9) Total attorney fees amount to $1,832.68;

(10) Total costs amount to $669.29; and

(1) Net settlement amount is $4,627.66.

(12) The settlement for Plaintiff Sabrina Diaz will be paid via a check in the amount of $8,000 made payable to Dreyer Babich Buccola Wood, LLP and Armida Diaz as Guardian ad Litem for Angelina Diaz.  Plaintiff's counsel will be responsible for issuing payment to the medical providers as outlined in #2 above.  The net settlement amount of $4,917.85 will be wired into a blocked account within 30 days.

IT IS SO ORDERED.

Dated: January 7, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE