1  CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD, LLP**

2  20 Bicentennial Circle
Sacramento, CA 95826

3  Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

4

5  Attorneys for Plaintiffs

6

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

10

11  SABRINA DIAZ, a minor, and
ANGELINA DIAZ, a minor, by and

12  through their Guardian ad Litem,
ARMIDA DIAZ,

13

14  Plaintiffs,

15  v.

16  UNITED STATES OF AMERICA; and
UNITED STATES POSTAL SERVICE,

17  inclusive,

18  Defendants.

Case No.: 2:09-CV-2511-TLN-KJN
(*prior case number 2:09-CV-02511-FCD-JFM*)

**ORDER ON RELEASING SETTLEMENT FUNDS**

19  Good cause appearing, the following IS HEREBY ORDERED with respect to the

20  Release of Settlement Funds to Plaintiff ANGELINA DIAZ:

21  This case (previous case number was 2:09-CV-02511-FCD-JFM) settled in May of

22  2010.  On January 14, 2011 the Court approved the Petition for Minors' compromises as to

23  minor Plaintiffs ANGELINA DIAZ and SABRINA DIAZ, and ORDERED the settlement funds to

24  be deposited into blocked accounts.  On May 20, 2011, the settlement funds were

25  deposited into blocked accounts with Bank of America.

26  ///

27  ///

28  ///

-1-
**Order on Releasing Settlement Funds**

1    Plaintiff ANGELINA DIAZ reached the age of maturity on October 31, 2013.   The

2  funds in account number 00301-17228 with Bank of America should now be released to

3  Plaintiff ANGELINA DIAZ, as she has reached the age of 18.

4  IT IS SO ORDERED

5

6  Dated: November 7, 2013

7

8

9  _____
   Troy L. Nunley

10    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**Order on Releasing Settlement Funds**