CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA DIAZ, a minor, and ANGELINA DIAZ, a minor, by and through their Guardian ad Litem, ARMIDA DIAZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA; and UNITED STATES POSTAL SERVICE, inclusive,<br><br>  Defendants. | Case No.: 2:09-CV-2511-TLN-KJN<br>(*prior case number 2:09-CV-02511-FCD-JFM*)<br><br>**ORDER ON RELEASING SETTLEMENT FUNDS** |

Good cause appearing, the following IS HEREBY ORDERED with respect to the Release of Settlement Funds to Plaintiff ANGELINA DIAZ:

This case (previous case number was 2:09-CV-02511-FCD-JFM) settled in May of 2010.  On January 14, 2011 the Court approved the Petition for Minors' compromises as to minor Plaintiffs ANGELINA DIAZ and SABRINA DIAZ, and ORDERED the settlement funds to be deposited into blocked accounts.  On May 20, 2011, the settlement funds were deposited into blocked accounts with Bank of America.

///

///

///

1  Plaintiff ANGELINA DIAZ reached the age of maturity on October 31, 2013.  The
2  funds in account number 00301-17228 with Bank of America should now be released to
3  Plaintiff ANGELINA DIAZ, as she has reached the age of 18.
4  IT IS SO ORDERED

6  Dated: November 7, 2013

                                            _____
                                            Troy L. Nunley
                                            United States District Judge

---

-2-
**Order on Releasing Settlement Funds**